```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANETA BRODSKI, ET AL.,                     23-cv-4892 (JGK)

              Plaintiffs,          ORDER

    - against -

TISCH HOSPITAL, ET AL.,

              Defendants.

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was July 14, 2023. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **August 21, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **July 28, 2023**.

SO ORDERED.

Dated:    New York, New York
            July 21, 2023

                                    John G. Koeltl
                              United States District Judge