UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

ANETA BRODSKI, ET AL.,                    23-cv-4892 (JGK)

                    Plaintiffs,           ORDER

          - against -

TISCH HOSPITAL, ET AL.,

                    Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

September 5, 2023.

SO ORDERED.

Dated:    New York, New York
          August 21, 2023

                                   _____
                                       /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge