UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANETA BRODSKI,

                     Plaintiff(s)

      -against-

TISCH HOSPITAL,

                     Defendant(s).
-----------------------------------------------------------------X

23 civ 4892 (JGK)

## ORDER

A scheduling order having been entered on September 6, 2023,

The conference scheduled for October 26, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 18, 2023