**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANETA BRODSKI,

                              Plaintiff,                              **23 Civ. No. 4892 (JGK)**

              -against-                                               **PRE-SETTLEMENT**
                                                                      **CONFERENCE ORDER**

TISCH HOSPITAL, *et al.,*

                              Defendants.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, April 7, 2026**

**at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The

parties are directed to consult the undersigned's Settlement Conference Procedures, available at

https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via

Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 780 909**

**736#.**  Prior to the call, counsel are directed to confer with each other and their clients so that,

during the call, they can propose three mutually convenient dates for a Settlement Conference.

        **SO ORDERED.**

DATED:        New York, New York
              April 2, 2026

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge