**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANETA BRODSKI,

|                                | Plaintiff,              | **23 Civ. No. 4892 (JGK)** |

-against-

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

TISCH HOSPITAL, *et al.,*

Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Thursday, May 7, 2026 at 11:00 a.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Thursday, April 30, 2026**.

**SO ORDERED.**

DATED:      New York, New York
            April 17, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge